**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:  DYNAMIC SPORTS PERFORMANCE, LLC:
: 
:  Case No. 20-12322-KHK
:  Chapter    11
Debtor  :
:

## SECTION 1188(c) STATUS CONFERENCE REPORT

The above-captioned debtor and debtor-in-possession ("Debtor") has elected to file this case under subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  The Debtor files this report pursuant to Section 1188(c) of the Bankruptcy Code.

1. **Type of Plan of Reorganization.**    The Debtor intends to pursue the following type of plan of reorganization in this case:

    _X_   Consensual        _____    Nonconsensual      _____   Undetermined

2. **Reasons for Type of Plan of Reorganization.**

The Debtor is a company that provides fitness classes, mostly online at the present, due to economic conditions at present created by the COVID-19 pandemic.   The total debt in this case is estimated at $20,139.98; It is hoped that the Debtor can pay this debt in regular payments over a three to five year period as the business recovers.

_____
**Nathan Fisher**
**Fisher-Sandler, LLC**
**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**(703) 691-1642**
**VSB #37161**

3. **Communications with Parties in Interest.**  The Debtor has had discussions with the following parties in interest concerning the Debtor's plan of reorganization.

    ___   Secured Creditors

    ___   Priority Claimants

    ___   Unsecured Creditors

    ___   Equity Interest Holders

    _x_   The Trustee

    _x_   Others, Describe:   Office of the United States Trustee personnel

4. **General Nature of Communications with Parties in Interest.**

    The general nature of discussions has been that there is approximately $20,139.98 in total debt; to pay this over a 3 to 5 year period would require a monthly payment of roughly $400.00 to $500.00 per month.  If the Debtor can recover from having to leave its training studio due to being unable to conduct in-person training in this economic environment, and can transition successfully to an online model, this can be achieved.

5. **Efforts to formulate a Plan of Reorganization.**

    The Debtor is working on filing a Plan of Reorganization and hopes to have a Plan of Reorganization filed prior to the Status Conference to be held on December 15, 2020.

6. **Timing for Filing Plan of Reorganization.** Does Debtor intend to file a plan of reorganization with the 90-day deadline imposed by 11 U.S.C. Section 1189(b) of the Bankruptcy Code?

    _x_ YES                    ___ NO

    If "NO" is marked, please explain:

7. **Additional Information.**

**Dated:** December 1, 2020

**By:** **/s/ Darius Gilbert**
**Darius Gilbert**
**Owner**

**/s/ Nathan Fisher**
**Nathan Fisher**
**Fisher-Sandler, LLC**
**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**(703) 691-1642**
**VSB #37161**