**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:  DYNAMIC SPORTS PERFORMANCE, LLC:
:
: Case No. 20-12322-KHK
: Chapter 11
Debtor    :
:

### AMENDED STATEMENT OF DEBTOR IN POSSESSION PURSUANT TO 11 U.S.C SECTION 1116(1)(B)

No Balance Sheet, Statement of Operations or Cash Flow Statement has been prepared;

The required 2019 tax returns have now been filed. The IRS treats one-member LLC's as sole proprietorships for tax purposes. This means that the LLC itself does not pay taxes and does not have to file a return with the IRS. The sole owner of the LLC must report all profits (or losses) of the LLC on Schedule C of his tax return. This has been done.

I HEREBY CERTIFY under penalty of perjury that the information in this statement is true, correct, and complete.

/s/ Darius Gilbert
Darius Gilbert
Owner

**December 10, 2020**

/s/ Nathan Fisher
Nathan Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Rd., #2
Fairfax, VA   22030
(703) 691-1642
VSB #37161